

Andy Beshear
*GOVERNOR*

**KENTUCKY JUSTICE & PUBLIC SAFETY CABINET**

Kerry Harvey
*CABINET SECRETARY*

Dr. Bill Ralston
*CHIEF MEDICAL EXAMINER*

## FINAL DIAGNOSIS

**CALDWELL JR., RALPH CARL**          ME-C 2021-0220

I. Acute combined toxic effects of para-fluorofentanyl, fentanyl (norfentanyl and 4-ANPP also detected), gabapentin, amphetamine, methamphetamine, and alprazolam.
   A. History of drug abuse; found deceased at a residence, per Coroner.
   B. Tableside urine drug screen performed at autopsy presumptively for fentanyl, THC, amphetamine, and methamphetamine.
   C. Postmortem iliac venous blood: 4-ANPP = 10 ng/mL, para-fluorofentanyl = 1.2 ng/mL, ethanol = 35 mg/dL (blood alcohol concentration = 0.035 g/100mL), gabapentin = 21 mcg/mL, amphetamine = 12 ng/mL, methamphetamine = 30 ng/mL, fentanyl = 17 ng/mL, norfentanyl = 6.1 ng/mL, and alprazolam = 8.5 ng/mL. The Designer Opioids Panel is performed. Testing for cannabinoids in the blood is canceled due to interferences.
   D. Postmortem urine sent to NMS is presumptively positive for gabapentin, cannabinoids, ethanol = 12 mg/dL, amphetamine, fentanyl, methamphetamine, morphine, and norfentanyl.
   E. Postmortem vitreous ethanol not detected.
II. Decomposition changes-cannot exclude postmortem production of ethanol.
III. No lethal trauma identified.

OPINION: Based on the history provided and the postmortem findings, the death of this 41-year-old man, Ralph Carl Caldwell Jr., is due to the acute combined toxic effects of para-fluorofentanyl, fentanyl (norfentanyl and 4-ANPP also detected), gabapentin, amphetamine, methamphetamine, and alprazolam. Decomposition changes hinder interpretation of the ethanol; it cannot be determined if the ethanol is due to ingestion, decomposition, or a combination of the two.

_____          10-5-21
Meredith Frame, M.D.                      Date signed

CODE: E850, 965, 969.72, 966.3, 969.4
DATE PERFORMED: August 10, 2021
DATE COMPLETED: October 5, 2021
COUNTY OF JURISDICTION: Pike

OFFICE OF THE STATE MEDICAL EXAMINER – FRANKFORT

Suite 202 · 100 Sower Blvd · Frankfort, KY 40601 · 502-564-4545 (Phone)  502-564-1699 (Fax)



Kentucky.gov
*An Equal Opportunity Employer M/F/D*

ME-C 2021-0220
CALDWELL JR., RALPH CARL

## OFFICE OF THE STATE MEDICAL EXAMINER-FRANKFORT
100 Sower Blvd, STE 202
Frankfort, KY 40601
Phone (502)564-4545/Fax (502)564-1699

**Recommended formulation for Parts I and II:**

| 30. DATE PRONOUNCED DEAD (Mo/Day/Yr.) 08/07/2021 | 31. ACTUAL OR PRESUMED TIME OF DEATH 6:40 PM | 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? ☒ Yes ☐ No |
|---|---|---|

**CAUSE OF DEATH**

33. PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death) →
a. Acute combined toxic effects of para-fluorofentanyl, fentanyl (norfentanyl and 4-ANPP also detected), gabapentin, amphetamine, methamphetamine, and alprazolam

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to the cause listed on line a.
b.
DUE TO (OR AS A CONSEQUENCE OF):

Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
c.
DUE TO (OR AS A CONSEQUENCE OF):
d.

Approximate Interval Between Onset and Death

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in Part I

34. MANNER OF DEATH
☐ Natural   ☒ Accident
☐ Homicide  ☐ Pending Investigation
☐ Suicide   ☐ Could not be Determined

35. WAS AN AUTOPSY PERFORMED? ☐ Yes ☐ No
36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☐ No ☐ Unknown
38. IF FEMALE:
☐ Not pregnant within past year
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Pregnant at time of death
☐ Unknown if pregnant within past year

39. DATE OF INJURY (Mo/Day/Yr.) (Spell Month)
40. TIME OF INJURY
41. INJURY AT WORK? ☐ Yes ☐ No
42. PLACE OF INJURY (e.g., Decedent's home; construction site; restaurant; wooded area)
43. IF TRANSPORTATION INJURY, SPECIFY:
☐ Driver/Operator  ☐ Pedestrian
☐ Passenger       ☐ Other (Specify)

44. DESCRIBE HOW INJURY OCCURRED:
45. LOCATION OF INJURY (Street and Number, City or Town, State, Zip Code)

46. TO BE COMPLETED BY CERTIFIER:
To the best of my knowledge, death occurred at the time, date, and place, and due to cause(s) and manner stated.

SIGNATURE_____
(Must Use Blue/Black Ink)   Electronic signature is legally acceptable pursuant to KRS 369.107 & KRS 369.118

47. DATE CERTIFIED (Mo/Day/Yr.)
48. LICENSE NUMBER
49. TITLE OF CERTIFIER

50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (ITEM 33)

51. REGISTRAR'S SIGNATURE
52. DATE FILED (Mo/Day/Yr.)

FORM VS NO. 1-A
(REVISED 12/2013)

*To Be Completed By: Medical Certifier*

2

*ME-C 2021-0220*
*CALDWELL JR., RALPH CARL*

## POST MORTEM EXAMINATION

## OF THE BODY OF

## RALPH CARL CALDWELL, JR.

A post mortem examination of the body identified by the Pike County Deputy Coroner as Ralph Carl Caldwell, Jr., is performed at the Medical Examiner's Office in Frankfort, Kentucky on August 10, 2021 at 7:50 a.m. by Dr. Meredith Frame. The attendant is Ms. Olivia Tolar.

### EXTERIOR OF THE BODY

The body is received within a sealed body bag. Coroner identification tags bearing the decedent's name are on the body bag and around the right great toe. The body is received unclad except for a black ankle monitor around the left ankle. Also received with the decedent is a Fed-Ex pack from the Coroner containing cardiac blood collected by the Coroner on August 7, 2021 at 19:30. Photographs are taken.

The body is that of a normally-developed, adequately nourished adult white male which appears consistent with the stated age of 41 years. The body measures approximately 71 inches in length and weighs 178 pounds. There are decomposition changes consisting of green discoloration of the skin, most notably of the abdomen, as well as focal marbling of the right upper chest and right upper extremity. Rigor mortis is absent and red lividity is fixed on predominately the anterior aspects of the body except in areas exposed to pressure. The body is cool subsequent to refrigeration.

The scalp hair is brown and up to 3/4" in length. The deceased has a red goatee. The irides appear blue/gray, and the corneae are clouded. No petechiae are identified. The pupils are round and equal. The ears, nose, and lips are normally developed and otherwise unremarkable. The mouth is unremarkable. The neck is without masses or unusual mobility. The decedent is barrel chested. The back and abdomen are unremarkable. The extremities are symmetric. The external genitalia are those of an adult male and are atraumatic. The anus is atraumatic.

### IDENTIFYING MARKS AND SCARS

An approximately 12" scar is of the right leg. A possible 1-1/4" scar is of the left side of the scalp.

### EVIDENCE OF MEDICAL TREATMENT

None identified.

### EVIDENCE OF INJURY

*ME-C 2021-0220*
*CALDWELL JR., RALPH CARL*

Dried yellow abrasions up to 1/2" in greatest dimension are of the right arm. A 2" x 1/2" dried yellow abrasion is of the torso. A 1/2" x 1/2" dried yellow abrasion is of the left leg.

EVIDENCE OF POSTMORTEM SAMPLING FOR TOXICOLOGY

A dried puncture is of the chest and is consistent with a history of postmortem blood draw by the coroner for toxicology samples.

INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 1 cm through thin, reddish musculature into an abdominal cavity lined with glistening serosa and containing no free fluid. Generally, the intra-abdominal viscera maintain their usual in situ relations. The vermiform appendix is present. The diaphragm displays no abnormality.

The mediastinum is in the midline. The lungs are normally inflated. There is no free fluid in either smooth, pleural space.

There are early decomposition changes consisting of darkening and softening of the organs and soft tissues.

CARDIOVASCULAR

The heart is of the normal configuration and weighs 350 grams. The epicardial surface contains a normal amount of glistening, yellow adipose tissue. The cardiac chambers are of proportionate capacity. The mural and valvular endocardia are smooth and glistening. No abnormality of the valves is appreciated. The papillary muscles and projecting myocardial muscle bundles are of normal prominence. The chordae tendineae display no abnormality. The coronary ostia are in their usual location and give rise to normally distributed coronary arteries showing focal mild atherosclerosis with 30% narrowing of the right coronary artery. On section, the brown myocardium shows no focus of scar or acute hemorrhage.

The systemic aorta is of normal caliber and elasticity. The intimal surface is smooth and glistening. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of ante mortem clot.

RESPIRATORY

The lungs are of the usual lobation and weigh 680 and 630 grams, right and left respectively. Mild to moderate amounts of subpleural anthracotic pigment are present within all lobes. The pleurae are generally smooth and glistening. The bronchi are of normal distribution and dimension. They are lined with smooth, tan epithelium. There is no evidence of ante mortem thromboemboli. On section, the pulmonary parenchyma is dark red/blue and moderately congested. No focus of consolidation, calcification, or friability formation is demonstrated. The hilar lymph nodes are mildly anthracotic and non-calcified.

*ME-C 2021-0220*
*CALDWELL JR., RALPH CARL*

LIVER AND GALLBLADDER

The liver weighs 1,600 grams. The capsule is intact, smooth, and shiny. The liver edge is sharp. On section, the hepatic substance is homogeneously brown and of normal consistency. No focal abnormal markings are demonstrated.

The smooth-walled gallbladder contains approximately 2 ml of brown bile. Stone is not demonstrated. Exploration and inspection of the large bile ducts reveal them to be of normal distribution and dimension. They are patent and free of stone.

PANCREAS

The pancreas is autolyzed. No lesions are identified.

ADRENALS

The adrenal glands are in their usual location and are unremarkable except for autolysis.

GENITOURINARY

The kidneys are of similar size and shape. Together they weigh 380 grams. The capsules may be removed easily to reveal smooth, medium brown renal surfaces. On section, the cortices and medullae are well demarcated. The usual arcuate markings are preserved. No abnormality of the calyx, pelvis, cortex, or medulla is demonstrated. The ureters are patent.

The bladder lumen contains approximately 30 ml of clear yellow urine. The openings of the ureters into the bladder are normal. The bladder mucosa is light tan and finely wrinkled.

The prostate gland is of normal size and shape. On section, it is composed of firm, white, almost rubbery substance. No focus of nodularity or yellow discoloration is demonstrated.

SPLEEN

The spleen weighs 150 grams. The capsule is smooth, shiny, and intact. On section, no focal abnormal markings are demonstrated. The usual follicular and trabecular markings are preserved.

ALIMENTARY

The smooth-walled esophagus is intact, of usual thickness, and gray. Its mucosa is present in normal longitudinal folds. The cardioesophageal junction is easily identified. The gastric wall is intact and of usual thickness. No abnormality of its serosal surface is demonstrated. The gastric mucosa is present in its normal rugal pattern. The stomach contains approximately 200 ml. of tan partially digested food and fluid. No pill tablets or capsule

*ME-C 2021-0220*
*CALDWELL JR., RALPH CARL*

fragments are identified. The pylorus and duodenum display no abnormality. The small and large intestines are unremarkable.

MUSCULOSKELETAL

 Examination and palpation of the spine, ribs, shoulder girdle, and pelvis fails to reveal fracture.

NECK

 There is no soft tissue hemorrhage within the neck. The hyoid bone and thyroid cartilages are intact. The larynx and trachea are of average caliber and are patent. They are lined with smooth, pale tan epithelium. The vocal cords display no abnormality.

THYROID

 The thyroid gland demonstrates no abnormality.

HEAD

 There is no soft tissue hemorrhage within the scalp. The calvarium is intact and displays no abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1,650 grams.

 Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

 Multiple frontal sections of the brain at approximate levels of 2 cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are normal.

 Multiple horizontal sections of the cerebellum, pons, and medulla reveal normal architecture of these structures without focal abnormal markings.

 Examination of the base of the skull, after removal of the brain and dura, fails to reveal fracture.

DISPOSITION OF EVIDENCE

 The following items are retained at the Medical Examiner's Office:

1) Photographic documentation
2) Diagrammatic documentation

*ME-C 2021-0220*
*CALDWELL JR., RALPH CARL*

   3) DNA standard card
   4) Tissue for stock
   5) Cardiac blood collected by the coroner for short term storage

The ankle monitor is returned with the decedent.

Right iliac venous blood, urine, and vitreous collected at the time of autopsy are submitted in a sealed kit to NMS Labs for toxicological analysis.

TOXICOLOGY/ANCILLARY STUDIES

A tableside urine drug screen performed at the time of autopsy is presumptively positive for fentanyl, THC, amphetamine, and methamphetamine.

Toxicological analysis of the postmortem blood reveals the following: 4-ANPP = 10 ng/mL, para-fluorofentanyl = 1.2 ng/mL, ethanol = 35 mg/dL (blood alcohol concentration = 0.035 g/100mL), gabapentin = 21 mcg/mL, amphetamine = 12 ng/mL, methamphetamine = 30 ng/mL, fentanyl = 17 ng/mL, norfentanyl = 6.1 ng/mL, and alprazolam = 8.5 ng/mL. The Designer Opioids Panel is performed. Testing for cannabinoids in the blood is canceled due to interferences.

The postmortem urine sent to NMS is presumptively positive for gabapentin, cannabinoids, ethanol = 12 mg/dL, amphetamine, fentanyl, methamphetamine, morphine, and norfentanyl.

Postmortem vitreous ethanol is not detected.

7

08-09-21;01:28PM;KY Justice Cabinet

C21-220

# KENTUCKY JUSTICE AND PUBLIC SAFETY CABINET
## STATE MEDICAL EXAMINER'S OFFICE
### CORONERS AUTHORIZATION FOR POST-MORTEM EXAMINATION

Pursuant to KRS. Chapter 72, I hereby authorize the Kentucky Medical Examiner Division to perform a Post-Mortem Examination on this deceased body and to remove, retain and dispose as necessary such organs and tissues as may be necessary to determine the identification and/or the cause of death and/or the manner of death of this deceased person.

NAME OF DECEDENT: Ralph Carl Caldwell Jr.
AGE: 01-27-1980  41  SEX: Male  RACE: Caucasian
LOCATION OF WHERE DEATH OCCURRED: 317 N. Mayo Trail Pikeville, KY 41501

DATE PRONOUNCED: 08-07-2021  TIME PRONOUNCED: 1840  AM ___ (PM)
LAST SEEN ALIVE: Unknown
TYPE OF DEATH THAT IS SUSPECTED: Drug OD
HISTORY: (WHAT HAPPENED) Stepfather went to home for a welfare check when he knocked on door - woman in house woke up and tried to wake pt up - Stepfather used his key to enter and found pt in bedroom floor face down in full rigor - woman took off down highway - City police pick her up and get her story - she stated they were doing drugs and fell asleep - @ Stepfather stated that Pt had episode of diminished O2 when he was sitting in chair with chin down

POLICE AGENCY: Pikeville City Police   INVESTIGATOR: ___
PHONE: ___

Medication: ___   Physician: ___
Medication: ___   Physician: ___
Medication: ___   Physician: ___

Next of Kin Name and Address:   Signed: ___
Coroner/Deputy Coroner Signature
Printed: Zeb Hampton
County: Pike
Phone: 606 437 6228  6067941226
Fax: 606 437-9122

CORONER: Please keep pink copy and send white and yellow copy to Medical Examiner.   (Rev. 2014)



**NMS Labs**
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

**Toxicology Report**

**Report Issued** 08/26/2021 17:13

**To:** 151537
Office of the Associate Chief Medical Examiner
Central Laboratory Facility
100 Sower Blvd, Ste 202
Frankfort, KY 40601

**Patient Name** CALDWELL JR, RALPH
**Patient ID** MEC21-0220
**Chain** 21276614
**Age** 41 Y    **DOB** Not Given
**Gender** Male
**Workorder** 21276614

Page 1 of 8

NF 9/14/21

**Positive Findings:**

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| 4-ANPP | 10 | ng/mL | 001 - Iliac Blood |
| para-Fluorofentanyl | 1.2 | ng/mL | 001 - Iliac Blood |
| Ethanol | 35 | mg/dL | 001 - Iliac Blood |
| Blood Alcohol Concentration (BAC) | 0.035 | g/100 mL | 001 - Iliac Blood |
| Gabapentin | 21 | mcg/mL | 001 - Iliac Blood |
| Amphetamine | 12 | ng/mL | 001 - Iliac Blood |
| Methamphetamine | 30 | ng/mL | 001 - Iliac Blood |
| Fentanyl | 17 | ng/mL | 001 - Iliac Blood |
| Norfentanyl | 6.1 | ng/mL | 001 - Iliac Blood |
| Alprazolam | 8.5 | ng/mL | 001 - Iliac Blood |
| Gabapentin | Presump Pos | mcg/mL | 004 - Urine |
| Cannabinoids | Presump Pos | ng/mL | 004 - Urine |
| Ethanol | 12 | mg/dL | 004 - Urine |
| Amphetamine | Presump Pos | ng/mL | 004 - Urine |
| Fentanyl | Presump Pos | ng/mL | 004 - Urine |
| Methamphetamine | Presump Pos | ng/mL | 004 - Urine |
| Morphine | Presump Pos | ng/mL | 004 - Urine |
| Norfentanyl | Presump Pos | ng/mL | 004 - Urine |

See Detailed Findings section for additional information

**Testing Requested:**

| Analysis Code | Description |
|---|---|
| 1480B | Designer Opioids (2018 Scope), Blood |
| 90028B | Drugs of Abuse Panel with Vitreous Alcohol Confirmation, Blood (Forensic) (CSA) - KY |
| 90028U | Drugs of Abuse Panel, Urine (Forensic) (CSA) - KY |

**Tests Not Performed:**

Part or all of the requested testing was unable to be performed. Refer to the **Analysis Summary and Reporting Limits** section for details.

**Specimens Received:**

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|

NMS v.22.0



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 21276614 |
| Chain | 21276614 |
| Patient ID | MEC21-0220 |

Page 2 of 8

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 8.75 mL | 08/10/2021 08:11 | Iliac Blood | MEC21-0220 |
| 002 | Gray Top Tube | 8 mL | 08/10/2021 08:11 | Iliac Blood | MEC21-0220 |
| 003 | Red Top Tube | 0.75 mL | 08/10/2021 08:01 | Vitreous Fluid | MEC21-0220 |
| 004 | White Plastic Container | 29.5 mL | 08/10/2021 08:00 | Urine | MEC21-0220 |

001 RIGHT ILIAC

002 RIGHT ILIAC

All sample volumes/weights are approximations.
Specimens received on 08/12/2021.

### Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| 4-ANPP | 10 | ng/mL | 0.10 | 001 - Iliac Blood | LC-MS/MS |
| para-Fluorofentanyl | 1.2 | ng/mL | 0.050 | 001 - Iliac Blood | LC-MS/MS |
| Ethanol | 35 | mg/dL | 10 | 001 - Iliac Blood | Headspace GC |
| Blood Alcohol Concentration (BAC) | 0.035 | g/100 mL | 0.010 | 001 - Iliac Blood | Headspace GC |
| Gabapentin | 21 | mcg/mL | 1.0 | 001 - Iliac Blood | LC-MS/MS |
| Ethanol | Confirmed | mg/dL | 10 | 001 - Iliac Blood | Headspace GC |
| Amphetamine | 12 | ng/mL | 5.0 | 001 - Iliac Blood | LC-MS/MS |
| Methamphetamine | 30 | ng/mL | 5.0 | 001 - Iliac Blood | LC-MS/MS |
| Fentanyl | 17 | ng/mL | 0.20 | 001 - Iliac Blood | LC-MS/MS |
| Norfentanyl | 6.1 | ng/mL | 0.40 | 001 - Iliac Blood | LC-MS/MS |
| Alprazolam | 8.5 | ng/mL | 5.0 | 001 - Iliac Blood | LC-MS/MS |
| Gabapentin | Presump Pos | mcg/mL | 5.0 | 004 - Urine | ELISA |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Cannabinoids | Presump Pos | ng/mL | 50 | 004 - Urine | EIA |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Ethanol | 12 | mg/dL | 10 | 004 - Urine | Headspace GC |
| Amphetamine | Presump Pos | ng/mL | 100 | 004 - Urine | LC/TOF-MS |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Fentanyl | Presump Pos | ng/mL | 10 | 004 - Urine | LC/TOF-MS |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Methamphetamine | Presump Pos | ng/mL | 100 | 004 - Urine | LC/TOF-MS |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Morphine | Presump Pos | ng/mL | 100 | 004 - Urine | LC/TOF-MS |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Norfentanyl | Presump Pos | ng/mL | 10 | 004 - Urine | LC/TOF-MS |
| This test is an unconfirmed screen. Confirmation by a more definitive technique such as GC/MS is recommended. | | | | | |
| Ethanol | Confirmed | mg/dL | 10 | 004 - Urine | Headspace GC |

**▲ NMS**
LABS

**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 21276614 |
| Chain | 21276614 |
| Patient ID | MEC21-0220 |

Page 3 of 8

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

### Reference Comments:

1. 4-ANPP (Despropionyl fentanyl) - Iliac Blood:

    4-ANPP (despropionylfentanyl) is a precursor chemical used in the production of fentanyl and is also a fentanyl metabolite. It may be used in the production of other related compounds such as acetyl fentanyl, butyryl fentanyl and furanyl fentanyl and may be a metabolite of these and other fentanyl-related compounds. It is considered to be pharmacologically weak.

2. Alprazolam (Xanax®) - Iliac Blood:

    Alprazolam is a DEA Schedule IV second-generation benzodiazepine, which is effective at very low doses. It shares the actions of other benzodiazepines in the management of anxiety disorders and short-term relief of anxiety associated with depressive symptoms. Alpha-hydroxyalprazolam is an active metabolite of alprazolam. Common CNS-depressant side effects of alprazolam include drowsiness and fatigue. For anxiety, daily doses of 0.8 to 4 mg are effective whereas for phobic and panic disorders, 6 to 9 mg daily is recommended.

    Reported therapeutic plasma concentrations of alprazolam are proportional to dose given: 3 mg/day produced steady-state levels of 30 ng/mL; 6 mg/day, 60 ng/mL; and 9 mg/day, 100 ng/mL.

    In reported cases involving driving under the influence, alprazolam concentrations ranged from 8 - 640 ng/mL. Alcohol greatly enhances the activity of benzodiazepines.

    Reported blood concentrations of alprazolam in alprazolam-related fatalities ranged from 100 - 400 ng/mL (mean, 200 ng/mL). In combination with other central nervous system depressants such as ethyl alcohol, alprazolam can become toxic at low concentrations.

3. Amphetamine - Iliac Blood:

    Amphetamine (Adderall, Dexedrine) is a Schedule II phenethylamine CNS-stimulant. It is used therapeutically in the treatment of narcolepsy and obesity and also in the treatment of hyperactivity in children. Amphetamine has a high potential for abuse. When used in therapy, initial doses should be small and increased gradually. In the treatment of narcolepsy, amphetamine is administered in daily divided doses of 5 to 60 mg. For obesity and children with attention deficits, usual dosage is 5 or 10 mg daily.

    Following a single oral dose of 10 mg amphetamine sulfate, a reported peak blood concentration of 40 ng/mL was reached at 2 hr. Following a single 30 mg dose to adults, an average peak plasma level of 100 ng/mL was reported at 2.5 hr. A steady-state blood level of 2000 - 3000 ng/mL was reported in an addict who consumed approximately 1000 mg daily.

    Overdose with amphetamine can produce restlessness, hyperthermia, convulsions, hallucinations, respiratory and/or cardiac failure. Reported blood concentrations in amphetamine-related fatalities ranged from 500 - 41000 ng/mL (mean, 9000 ng/mL). Amphetamine is also a metabolite of methamphetamine, benzphetamine and selegiline.

4. Ethanol (Ethyl Alcohol) - Iliac Blood:

    Ethyl alcohol (ethanol, drinking alcohol) is a central nervous system depressant and can cause effects such as impaired judgment, reduced alertness and impaired muscular coordination. Ethanol can also be a product of decomposition or degradation of biological samples. The blood alcohol concentrations (BAC) can be expressed as a whole number with the units of mg/dL or as a decimal number with units of g/100 mL which is equivalent to % w/v. For example, a BAC of 85 mg/dL equals 0.085 g/100 mL or 0.085% w/v of ethanol.

5. Ethanol (Ethyl Alcohol) - Urine:

    Ethyl alcohol (ethanol, drinking alcohol) is a central nervous system depressant and can cause effects such as impaired judgment, reduced alertness and impaired muscular coordination. Ethanol can also be a product of decomposition or degradation of biological samples.

**▲ NMS**
**LABS**

**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 21276614 |
| Chain | 21276614 |
| Patient ID | MEC21-0220 |

Page 4 of 8

**Reference Comments:**

6. Fentanyl (Duragesic®; Sublimaze®) - Iliac Blood:

    Fentanyl is a DEA Schedule II synthetic morphine substitute anesthetic/analgesic. It is reported to be 80 to 200 times as potent as morphine and has a rapid onset of action as well as addictive properties.

    It is reported that patients lost consciousness at mean plasma levels of fentanyl of 34 ng/mL when infused with 75 mcg/Kg over a 15 min period; peak plasma levels averaged 50 ng/mL.

    After application of a fentanyl transdermal preparation (patch), serum fentanyl concentrations are reported to be in the following ranges within 24 hours:
    25 mcg/hour patch: 0.3 - 1.2 ng/mL
    50 mcg/hour patch: 0.6 - 1.8 ng/mL
    75 mcg/hour patch: 1.1 - 2.6 ng/mL
    100 mcg/hour patch: 1.9 - 3.8 ng/mL

    Following removal of the patch, serum fentanyl concentrations are reported to decrease with a mean elimination half-life of 17 hours (range, 13 to 22 hours).

    The mean peak plasma serum fentanyl concentration in adults given an 800 mcg oral transmucosal fentanyl preparation over 15 minutes is reported at 2.1 ng/mL (range, 1.4 - 3.0 ng/mL) at approximately 0.4 hours.

    Signs associated with fentanyl toxicity include severe respiratory depression, seizures, hypotension, coma and death. In fatalities from fentanyl, blood concentrations are variable and have been reported as low as 3 ng/mL.

    Substance(s) known to interfere with the identity and/or quantity of the reported result: 4-methylphenethyl acetyl fentanyl

7. Gabapentin (Neurontin®) - Iliac Blood:

    Gabapentin is an antiepileptic/anticonvulsant drug used in adults and children. Gabapentin is marketed in capsules (100, 200 and 300 mg), tablets (600 and 800 mg) and an oral solution (250 mg/5 mL). The common daily oral dose range for adults is from 900 to 1800 mg per day in divided doses; pediatric doses (3 to 12 years of age) are dependent of the child's body weight and range from 10 to 15 mg/kg per day.

    Mean steady-state plasma levels (+/- SD) following daily regimens of:
    900 mg/day = 1.88 (+/- 0.70) mcg/mL
    1200 mg/day= 2.62 (+/- 0.86) mcg/mL
    Reported threshold for seizure control: Greater than 2 mcg/mL.

    The drug is also used to treat postherpetic neuralgia in adults. The common adult dosage for this indication is 1800 mg per day in divided doses following lower doses during initial treatment.

    The most common adverse effects of gabapentin are related to the central nervous system and include sedation, dizziness, nystagmus, ataxia and fatigue. All of these adverse effects are reversible and subside with reduction of dosage or discontinuation of therapy with the drug.

8. Methamphetamine - Iliac Blood:

    d-Methamphetamine is a DEA schedule II stimulant drug capable of causing hallucinations, aggressive behavior and irrational reactions. Chemically, there are two forms (isomers) of methamphetamine: l- and d-methamphetamine. The l-isomer is used in non-prescription inhalers as a decongestant and has weak CNS-stimulatory activity. The d-isomer has been used therapeutically as an anorexigenic agent in the treatment of obesity and has potent CNS-, cardiac- and circulatory-stimulatory activity. Amphetamine and norephedrine (phenylpropanolamine) are metabolites of methamphetamine. d-Methamphetamine is an abused substance because of its stimulatory effects and is also addictive.

    A peak blood concentration of methamphetamine of 20 ng/mL was reported at 2.5 hr after an oral dosage of 12.5 mg. Blood levels of 200 - 600 ng/mL have been reported in methamphetamine abusers who exhibited violent and irrational behavior. High doses of methamphetamine can also elicit restlessness, confusion, hallucinations, circulatory collapse and convulsions.

    *In this case, the level of methamphetamine determined has not been differentiated according to its isomeric forms. Differentiation of the isomers of methamphetamine is available upon request.

NMS v.22.0

| | | |
|---|---|---|
| **NMS LABS** | **CONFIDENTIAL** | **Workorder** 21276614<br>**Chain** 21276614<br>**Patient ID** MEC21-0220 |

Page 5 of 8

### Reference Comments:

9. Norfentanyl (Fentanyl Metabolite) - Iliac Blood:

    Norfentanyl is the primary inactive metabolite of the synthetic narcotic analgesic fentanyl.
    Substance(s) known to interfere with the identity and/or quantity of the reported result: Benzyl Fentanyl

10. para-Fluorofentanyl (4-Fluorofentanyl) - Iliac Blood:

    Para-Fluorofentanyl is a novel non-prescription synthetic opioid that has reached the recreational drug market. Since it is structurally related to fentanyl and acetyl fentanyl, it is expected to behave the same way as other opioids. Its effects may include analgesia and central nervous system depression. Substance(s) known to interfere with the identity and/or quantity of the reported result: Meta-fluorofentanyl

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 21276614 was electronically signed on 08/26/2021 16:15 by:

*[signature]*

Meaghan M. Ringel, M.S.F.S.
Certifying Scientist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 1480B - Designer Opioids (2018 Scope), Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 2-Furanylfentanyl | 0.050 ng/mL | U-51754 | 0.050 ng/mL |
| 4-ANPP | 0.10 ng/mL | Valeryl Fentanyl | 0.050 ng/mL |
| Acryl Fentanyl | 0.050 ng/mL | cis-3-Methylfentanyl | 0.050 ng/mL |
| Butyrylfentanyl | 0.050 ng/mL | meta-Methylmethoxyacetylfentanyl | 0.050 ng/mL |
| Carfentanil | 0.050 ng/mL | ortho-Fluorofentanyl | 0.050 ng/mL |
| Cyclopropylfentanyl | 0.050 ng/mL | para-Fluorobutyrylfentanyl | 0.050 ng/mL |
| Isobutyrylfentanyl | 0.050 ng/mL | para-Fluorofentanyl | 0.050 ng/mL |
| Methoxyacetylfentanyl | 0.050 ng/mL | para-Fluoroisobutyrylfentanyl | 0.050 ng/mL |
| THF-F | 0.050 ng/mL | para-Methylmethoxyacetylfentanyl | 0.050 ng/mL |
| U-47700 | 0.050 ng/mL | trans-3-Methylfentanyl | 0.050 ng/mL |
| U-49900 | 0.050 ng/mL | | |

Acode 52144B - Gabapentin Confirmation, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Gabapentin | 1.0 mcg/mL | | |

Acode 52198B - Cannabinoids Confirmation, Blood - Iliac Blood

NMS v.22.0



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 21276614 |
| Chain | 21276614 |
| Patient ID | MEC21-0220 |

Page 6 of 8

## Analysis Summary and Reporting Limits:

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | N/A | Delta-9 THC | N/A |
| Delta-9 Carboxy THC | N/A | | |

**Testing Not Performed:** Test was canceled due to [Interfering Substance].

Acode 52248B - Alcohols and Acetone Confirmation, Blood - Iliac Blood

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 52250U - Alcohols and Acetone Confirmation, Urine

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 52483B - Amphetamines Confirmation, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamine | 5.0 ng/mL | Methamphetamine | 5.0 ng/mL |
| Ephedrine | 5.0 ng/mL | Norpseudoephedrine | 5.0 ng/mL |
| MDA | 5.0 ng/mL | Phentermine | 5.0 ng/mL |
| MDEA | 5.0 ng/mL | Phenylpropanolamine | 20 ng/mL |
| MDMA | 5.0 ng/mL | Pseudoephedrine | 5.0 ng/mL |

Acode 52484B - Fentanyl and Acetyl Fentanyl Confirmation, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetyl Fentanyl | 0.20 ng/mL | Norfentanyl | 0.40 ng/mL |
| Fentanyl | 0.20 ng/mL | | |

Acode 53249FL - Alcohols and Acetone Confirmation, Vitreous Fluid (Forensic) - Vitreous Fluid

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 55017B - Benzodiazepines Confirmation, Blood (Forensic) (CSA) - Iliac Blood

NMS v.22.0



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 21276614 |
| Chain | 21276614 |
| Patient ID | MEC21-0220 |

Page 7 of 8

## Analysis Summary and Reporting Limits:

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Lorazepam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Midazolam | 5.0 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |
| Flurazepam | 2.0 ng/mL | | |

Acode 90028B - Drugs of Abuse Panel with Vitreous Alcohol Confirmation, Blood (Forensic) (CSA) - KY - Iliac Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of analyte classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified analyte class are included. Some specific analytes outside of these classes are also included. For a detailed list of all analytes and reporting limits included in this screen, please contact NMS Labs. Amphetamines, Benzodiazepines, Cocaine and Metabolites, Hypnosedatives, Muscle Relaxants, Opiates and Opioids.

Acode 90028U - Drugs of Abuse Panel, Urine (Forensic) (CSA) - KY

-Analysis by Enzyme Immunoassay (EIA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.30 mcg/mL | Cannabinoids | 50 ng/mL |

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Gabapentin | 5.0 mcg/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

**NMS LABS**

**CONFIDENTIAL**

**Workorder** 21276614
**Chain** 21276614
**Patient ID** MEC21-0220

Page 8 of 8

### Analysis Summary and Reporting Limits:

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of analyte classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified analyte class are included. Some specific analytes outside of these classes are also included. For a detailed list of all analytes and reporting limits included in this screen, please contact NMS Labs. Amphetamines, Benzodiazepines, Cocaine and Metabolites, Hypnosedatives, Muscle Relaxants, Opiates and Opioids.