No. 23-5112

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JUSTIN BRYANT,

    Defendant - Appellant.

**FILED**
Mar 13, 2024
KELLY L. STEPHENS, Clerk

Before: BATCHELDER, MOORE, and CLAY, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court for the Eastern District of Kentucky at Pikeville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk